IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L. SLAUGHTER,** <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW CATE, et al.,** <br><br> Defendants. | Case No. CV 12 3872 LHK (PR) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

Defendants Cate and Swarthout have requested a sixty-day extension of time, up to and including March 9, 2013, to file their dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including March 9, 2013, to file their dispositive motion, is GRANTED. Plaintiff's opposition shall be filed and served no later than thirty days after the date Defendants' motion is filed, on or before April 8, 2013. Defendants shall file a reply no later than fourteen days after Plaintiff's opposition is filed, on or before April 22, 2013.

Dated: 1/13/13

The Honorable Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

1