IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L. SLAUGHTER,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>                                        Defendants. | Case No. CV 12 3872 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

   Defendants Cate and Swarthout have requested a 46-day extension of time to file their motion for summary judgment or other dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

   IT IS HEREBY ORDERED that Defendants' request for a 46-day extension of time to file their dispositive motion, is GRANTED. Plaintiff's opposition shall be filed and served no later than 28 days after the date Defendants' motion is filed. Defendants shall file a reply no later than fourteen days after Plaintiff's opposition is filed.

Dated:  2/3/14                                              *Lucy H. Koh*
                                                            The Honorable Lucy H. Koh

1

[Proposed] Order Granting Defs.' Mot. Change Time File Dispos. Mot. (CV 12 3872 LHK (PR))