UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. SLAUGHTER,<br>   Plaintiff,<br>  v.<br>MATTHEW CATE, et al.,<br>   Defendants. | Case No. 12-cv-3872-VC (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 29 |

Plaintiff, an inmate at San Quentin State Prison proceeding pro se, filed a civil rights complaint against prison officials, pursuant to 42 U.S.C. § 1983. On October 11, 2012, the Court issued an Order Directing Defendants to file a dispositive motion. On April 7, 2014, Defendants filed a motion for summary judgment. Plaintiff has twenty-eight days from April 7, 2014 to file his opposition. This means Plaintiff's opposition is now due on May 5, 2014. Plaintiff requests an extension of twenty-eight days to file his opposition. For good cause appearing, Plaintiff's motion is granted. Plaintiff's opposition is now due on or before June 2, 2014.

**IT IS SO ORDERED.**

Dated: April 25, 2014

_____
VINCE CHHABRIA
United States District Judge