UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

    Plaintiff,

    v.

MATTHEW CATE, et al.,

    Defendants.

Case No. 12-cv-03872-VC

**JUDGMENT**

    For the reasons discussed in the Court's Order granting the defendants' motion for summary judgment, judgment is hereby entered in favor of the defendants and against Plaintiff Terry Slaughter. All parties shall bear their own costs.

    **IT IS SO ORDERED**.

Dated: October 28, 2014

_____
VINCE CHHABRIA
United States District Judge